IN THE U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re:   MILTON H. OHLSEN III      )
                                   )
                                   )
                                   )      Case No: 08-44262-659
                                   )
                                   )
                                   )
                                   )

**RECEIVED & FILED**
**JAN 3 1 2019**
**U.S. BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**

REQUEST FOR UNCLAIMED FUNDS

COMES NOW MILTON OHLSEN, MOVANT, pro se and in forma pauperis to formally request the US Bankruptcy Court return the $2,957.05, currently held as unclaimed funds pertaining to the above listed case, to:

   Milton H Ohlsen III
   In care of Frances Ohlsen
   256 Walnut Crest Rd.
   Fletcher, NC 28732

Please send any correspondence pertaining to this matter to:

   Milton H Ohlsen III
   #08895-045
   FCI Ashland
   PO Box 6001
   Ashland, KY 41105

Done this 25th day of January, 2019.

                                       Respectfully submitted,

                                       _____
                                       MILTON H OHLSEN III
                                       # 08895-045

1

## CERTIFICATE OF SERVICE

The foregoing Request was served by placing it in the prison mail, postage paid, addressed to the following:

US Bankruptcy Court
111 S. 10th Street
4th Floor
St. Louis, MO 63102

US Trustee
Office of the Trustee
111 S. Tenth Street
St. Louis, MO 63102

Office of the US Attorney
111 S. Tenth Street
10th Floor
St. Louis, MO 63102

Done this 25th day of January, 2019.

By,

_____
MILTON H OHLSEN III
#08895-045